1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  LEWIS S. KAHN
   KAHN GAUTHIER SWICK, LLC
6  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
7  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
8  lewis.kahn@kgscounsel.com

9  Attorneys for Plaintiff

10 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTEND CAPITAL MANAGEMENT LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, <br><br> Defendants. | No. 07-cv-6237 MMC <br><br> [~~PROPOSED~~] ORDER GRANTING STEVE W. BERMAN APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br> Action filed: December 10, 2007 |

1  STEVE W. BERMAN, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:

3  USDC Washington, Western Division
   700 Stewart Street
4  Seattle, WA 98101

5  having applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing Plaintiff WestEnd Capital Management, LLC.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designed in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: DEC 2 8 2007

                                            MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT JUDGE

[PROP.] ORD. GRANTING STEVE W. BERMAN
ADMISS. OF ATTY. *PRO HAC VICE* - No. 07-6237 MMC   - 1 -