1  REED R. KATHREIN (139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  reed@hbsslaw.com

5  LEWIS S. KAHN
   KAHN GAUTHIER SWICK, LLC
6  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
7  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
8  lewis.kahn@kgscounsel.com

9  Attorneys for Plaintiff

10 [Additional counsel listed on signature page]

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 WESTEND CAPITAL MANAGEMENT LLC, )   No. 07-cv-6237 MMC
   Individually and on Behalf of All Others  )
16 Similarly Situated,                       )
                                             )   [PROPOSED] ORDER GRANTING
17                              Plaintiff,   )   LEWIS S. KAHN APPLICATION
                                             )   FOR ADMISSION OF ATTORNEY
18      v.                                   )   PRO HAC VICE
                                             )
19 VERIFONE HOLDINGS, INC., DOUGLAS G. )
   BERGERON, and BARRY ZWARENSTEIN, )
20                                           )
                              Defendants.    )   Action filed: December 10, 2007
21 _____)

22

ORIGINAL

010006-11 212936 V1

1   LEWIS S. KAHN, an active member in good standing of the bar of the State of
2   Washington, whose business address and telephone number is:

> USDC Washington, Western Division
> 700 Stewart Street
> Seattle, WA 98101

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff WestEnd Capital Management, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 1 8 2008

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE