Joseph W. Cotchett
Mark Molumphy (SBN#168009)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
Joshua B. Silverman
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
One North La Salle Street
Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd. And Direct Investment House (Providence Funds) Ltd.**

FILED
FEB 23 ... 5:46
... DISTRICT COURT
... CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION** | **Case No. C 07-6140 MHP** |
| **This Document Relates to:** | **Honorable Marilyn Hall Patel** <br> **Courtroom 15** |
| **ALL ACTIONS** | |

**APPLICATION OF PATRICK V. DAHLSTROM**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Patrick V. Dahlstrom, an active member in good standing of the following bars:

State of New York;

State of Illinois;

United States Supreme Court;

United States Court of Appeals: Fourth Circuit, Sixth Circuit, Seventh Circuit, and Eighth Circuit;

United States District Court: Eastern District of New York, Southern District of New York, Northern District of Illinois, Eastern District of Wisconsin, Northern District of Indiana, Western District of Pennsylvania, and the District of Colorado;

hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment House (Providence Funds) Ltd. In the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a Unites States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set for in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitle-action. The name, address and telephone of that attorney is:

Mark Molumphy
COTCHETT, PITRE & McCARTHY
840 Malcolm Road
Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2008

Patrick V. Dahlstrom

**Eichenholtz v. Verifone Holdings, Inc., et al.**
**U.S. District Court Case No.: 07-cv-06140-MHP**

## PROOF OF SERVICE

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010. I am readily familiar with the firm's practices for the service of documents. On this date, I served or caused to be served a true copy of the following:

___ **BY E-MAIL**: My e-mail address is jacosta@cpsmlaw.com and service of this document(s) occurred at approximately __________ a.m./p.m. on the date shown below. This document is being served electronically and the transmission was reported as complete and without error.

XXX **BY MAIL:** I placed a true copy of the aforementioned document(s) in a sealed envelope with postage fully paid. I am familiar with this firm's practice of collection and processing of mail for delivery by the United States Postal Service on the same day in the ordinary course of business.

___ **BY FACSIMILE**: From facsimile machine telephone number (650) 697-0577, on the date shown below, I served a full and complete copy of the above-referenced document(s), and the transmission was reported as complete and without error to the facsimile numbers of the addressee(s) specified on the attached Service List.

___ **BY OVERNIGHT COURIER:** I placed a true copy in a sealed envelope addressed as indicated above, on the date shown below. I am familiar with the firm's practice of collection and processing of correspondence for delivery by (insert Federal Express or California Overnight). Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to (insert Federal Express or California Overnight) with a fully completed airbill, under which all delivery charges are paid by Cotchett, Pitre & McCarthy, that same day in the ordinary course of business.

___ **BY PERSONAL SERVICE**: I am readily familiar with Cotchett, Pitre & McCarthy's practice for causing documents to be served by hand delivery. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified on the attached Service List.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on February 28, 2008.

Jeanine H. Acosta

LAW OFFICES

**SERVICE LIST**

| | |
|---|---|
| Ramzi Abadou<br>Coughlin Stoia Geller Rudman & Robins LLP<br>655 West Broadway, Ste. 1900<br>San Diego, CA 92101<br>619-231-1058<br>ramzia@csgrr.com | Attorneys for National Elevator Industry Pension Plan<br>(Movant) |
| Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>650-461-5600<br>cullenb@sullcrom.com | Attorneys for Verifone Holdings, Inc.<br>(Defendants) |
| Michael Howard Steinberg<br>Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, CA 90067<br>310-712-6600<br>steinberg@sullcrom.com | Attorneys for Verifone Holdings, Inc.<br>Barry Zwarenstein and Douglas G. Bergeron<br>(Defendants) |
| Aaron H. Darsky<br>Juden Justice Reed<br>Schubert & Reed<br>Three Embarcadero Center<br>Suite 1650<br>San Francisco, CA 94111<br>415-788-4220<br>adarsky@schubert-reed.com<br>jreed@schubert-reed.com | Attorneys for Israeli Institutional Investor Group<br>(Movant) |
| Timothy Alan DeLange<br>Berstein Litowitz Berger & Grossman LLP<br>12481 High Bluff Drive, Ste. 300<br>San Diego, CA 92130<br>858-793-0070<br>timothyd@blbglaw.com | Attorneys for Steelworkers Pension Trust and The Police and Fire Retirement System of The City of Detroit<br>(Movant) |
| Daniel C. Girard<br>Jonathan Krasne Levin<br>Aaron M. Sheanin<br>Girard Gibbs, LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94104<br>415-981-4800<br>girardgibbs@girardgibbs.com<br>jkl@girardgibbs.com<br>ams@girardgibs.com | Attorney for Joel Eichenholtz<br>(Plaintiff) |

LAW OFFICES

| | |
|---|---|
| Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Ste. 202<br>Berkeley, CA 94710<br>510-725-3000<br>reed@hbsslaw.com | Attorneys for Westend Capital Management LLC<br>(Movant) |
| Nicole Catherine Lavallee<br>Berman DeValerio Pease Tabacco Burt & Pu<br>425 California Street, Ste. 1000<br>San Francisco, CA 94104<br>415-433-3200<br>nlavallee@bermanesq.com | Attorneys for IBEW Local 363 Pension & Benefits Funds<br>(Movant) |
| Alan Roth Plutzik<br>Schiffrin Barroway Topaz & Kessler LLP<br>2125 Oak Grove Road, Ste. 120<br>Walnut Creek, CA 94598<br>925-945-0200<br>aplutzik@bramsonplutzik.com | Attorneys for Arkansas Public Employee Retirement System<br>(Movant) |